ZAM; USAO#2014R00178

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JAN 21  PM 3: 11

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. ELH-15-030 |
| | * | |
| **JOHN M. LITTEN,** | * | (Theft of Mail Matter by Postal Service Employee, 18 U.S.C. § 1709) |
| Defendant | * | |

\*\*\*\*\*\*\*

## INFORMATION

### COUNT ONE
(Theft of Mail by Officer or Employee of the Postal Service)

The United States Attorney for the District of Maryland charges that:

1. Defendant **JOHN M. LITTEN ("LITTEN")** was an employee of the United States Postal Service ("Postal Service") from March 18, 2013, through November 12, 2013. **LITTEN** was employed as a postal support employee, sales and service associate, at the Boonsboro Post Office, in Boonsboro, Maryland. His duties and responsibilities included conducting retail transactions, selling Postal Service money orders and postage, preparing the daily deposit, clearing the Boonsboro Post Office's collection box at the end of the day, and consolidating all outgoing mail for processing.

2. While employed with the Postal Service, **LITTEN** failed to deliver, embezzled, and stole approximately 750 pieces of mail. The Defendant embezzled United States collection mail from the Boonsboro Post Office that he was entrusted to prepare for delivery, including, but not limited to, a First Class letter sent by K.V. containing a birthday card addressed to A.V. and two $50 gift certificates, a First Class letter addressed to J.B. containing a $20 Visa gift card which **LITTEN** used to make purchased at local Wal-Mart and Sheetz stores, and a mail piece

from G.F. and B.F. containing a $100 Visa gift card which **LITTEN** used to make a purchase at AutoZone.

3. On November 12, 2013, law enforcement officers recovered United States currency, gift cards and Maryland lottery tickets the Defendant had removed from mail packages and envelopes in on **LITTEN's** person and in his vehicle. A number of these stolen items from the mail were located in the Defendant's wallet.

4. Beginning in or about September, 2013, and continuing until on or about November 12, 2013, in the District of Maryland, the defendant,

**JOHN M. LITTEN,**

being a Postal Service officer and employee,

1) did embezzle any letter, postal card, package, bag, and mail, and any article or thing contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, and

2) did steal, abstract, and remove from any such letter, package, bag, and mail, any article and thing contained therein.

18 U.S.C. § 1709

1/16/15
Date

ROD J. ROSENSTEIN /ZAM
UNITED STATES ATTORNEY